IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLORADO
                       HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:   Patricia Glover                 Date: April 8, 2008
Court Reporter:     Paul Zuckerman

Criminal Action No. 08-cr-00104-MSK

*Parties*:                                          *Counsel Appearing*:

UNITED STATES OF AMERICA,                           James Hearty

           Plaintiff,

v.

ROCH ALLEN CROTEAU,                                 Robert Pepin

           Defendant.

---

# COURTROOM MINUTES

HEARING:     Motions (#13)

**9:04 a.m.    Court in session**.

Defendant present on bond.

Statement from defense counsel regarding the requested continuance. The Government has no objection.

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER:**     Defendant's Motion for Ends of Justice Continuance (Doc. #13) is **GRANTED** pursuant to **18 U.S.C. Section 3161(h)(8)(B)(iv).** Ends of justice are served and the continuance outweighs the interests of the public and the defendant in a speedy trial.

**ORDER:**     Current trial date of **April 21, 2008** and the final pretrial conference set **April 17, 2008 at 3:30 p.m** are both **VACATED.** Trial is reset for 5 days on **August 25, 2008 at 8:30 a.m.,** and the final pretrial conference is reset to **August 8, 2008 at 4:00 p.m.**, both in Courtroom A901 901 19th Street, Denver, Colorado.

**ORDER:**     Defendant's motion(s) will be filed by **June 9, 2008.** Government's responses will be filed by **June 23, 2008.** Motions hearing is set **June 27, 2008 at 4:00 p.m.,** in Courtroom A901, 901 19th Street, Denver, Colorado.

**ORDER:**     Bond is continued.

**9:24 a.m.    Court in recess.**

**Total Time: 20 minutes.**
**Hearing concluded.**