IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 08-cr-00104-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ROCH ALLEN CROTEAU,

        Defendant.
___

## JUDGMENT OF ACQUITTAL
___

**PURSUANT TO** the findings and conclusions of the Court issued orally on October 23, 2008, a judgment of acquittal is entered in favor of the Defendant, Roch Allen Croteau, and against the Plaintiff, the United States of America, on all charges in the Indictment. The Defendant's bond is hereby exonerated.

    Dated this 31st day of October, 2008

                                  **BY THE COURT:**

                                  *Marcia S. Krieger*
                                  ___

                                  Marcia S. Krieger
                                  United States District Judge